# RECONSIDERATION DOCKET

**94–1063.** Gladon v. Greater Cleveland Regional Transit Auth. *Cuyahoga County*, No. 64029. Reported at 75 Ohio St.3d 312, 662 N.E.2d 287. On motion for reconsideration. The motion fails for want of four votes on the following vote:

MOYER, C.J., NADER and COOK, JJ., vote to deny.

DOUGLAS, RESNICK and PFEIFER, JJ., vote to grant.

STRATTON, J., not participating.

ROBERT A. NADER, J., of the Eleventh Appellate District, sitting for F.E. SWEENEY, J.

**94–1448.** Wireman v. Keneco Distributors, Inc. *Wood County*, No. 93WD078. Reported at 75 Ohio St.3d 103, 661 N.E.2d 744. On motion for reconsideration. Motion denied.

MOYER, C.J., and COOK, J., dissent.

STRATTON, J., not participating.

**94–1600.** Erb v. Erb. *Cuyahoga County*, Nos. 65666 and 65667. Reported at 75 Ohio St.3d 18, 661 N.E.2d 175. On motion for reconsideration. Motion denied.

RESNICK, J., dissents.

STRATTON, J., not participating.

**94–1871.** State v. Brooks. *Summit County*, No. 16192. Reported at 75 Ohio St.3d 148, 661 N.E.2d 1030. On motion to supplement record and on motion for reconsideration. The motions fail for want of four votes on the following vote:

TYACK, PFEIFER and GRADY, JJ., vote to deny.

MOYER, C.J., DOUGLAS and F.E. SWEENEY, JJ., vote to grant.

STRATTON, J., not participating.

G. GARY TYACK, J., of the Tenth Appellate District, sitting for Resnick, J.

THOMAS J. GRADY, J., of the Second Appellate District, sitting for COOK, J.

**94–1897.** Brecksville v. Cook. *Cuyahoga County*, No. 65766. Reported at 75 Ohio St.3d 53, 661 N.E.2d 706. On motion for reconsideration. Motion denied.

STRATTON, J., not participating.

**94–2141.** Robb v. Chagrin Lagoons Yacht Club, Inc. *Lake County*, No. 93–L–064. Reported at 75 Ohio St.3d 264, 662 N.E.2d 9. On motion for reconsideration. Motion denied.

RESNICK and F.E. SWEENEY, JJ., dissent.

STRATTON, J., not participating.

**94–2400.** Hacker v. Dickman. *Erie County*, No. E–93–65. Reported at 75 Ohio St.3d 118, 661 N.E.2d 1005. On motion for reconsideration. The motion fails for want of four votes on the following vote:

MOYER, C.J., FARMER and COOK, JJ., vote to deny.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., vote to grant.

STRATTON, J., not participating.

SHEILA G. FARMER, J., of the Fifth Appellate District, sitting for RESNICK, J.